**No. 10-958. Celanese Corporation, Petitioner v. Martin K. Eby Construction Company, Inc.**

563 U.S. 904, 131 S. Ct. 1790, 179 L. Ed. 2d 654, 2011 U.S. LEXIS 2453.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 620 F.3d 529.